| | |
|---|---|
| **CUSTODIO & DUBEY, LLP**<br>Robert Abiri (SBN 238681)<br>445 S. Figueroa Street, Suite 2520<br>Los Angeles, CA 90071<br>Telephone: (213) 593-9095<br>Facsimile: (213) 785-2899<br>abiri@cd-lawyers.com<br><br>**TREEHOUSE LAW, LLP**<br>Benjamin Heikali (SBN 307466)<br>Ruhandy Glezakos (SBN 307473)<br>Joshua Nassir (SBN 318344)<br>2121 Avenue of the Stars, Suite 2580<br>Los Angeles, CA 90067<br>Telephone: (310) 751-5948<br>bheikali@treehouselaw.com<br>rglezakos@treehouselaw.com<br>jnassir@treehouselaw.com<br><br>*Attorneys for Plaintiffs and the Putative Classes* | **TATRO TEKOSKY SADWICK LLP**<br>René P. Tatro, Esq. (SBN 078383)<br>Juliet A. Markowitz, Esq. (SBN 164038)<br>7083 Hollywood Blvd., Suite 500<br>Los Angeles, CA 90028<br>Telephone: (213) 225-7171<br>Facsimile: (213) 225-7151<br>rtatro@ttsmlaw.com<br>jmarkowitz@ttsmlaw.com<br>*Attorneys for Defendant Pharmavite LLC* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MENDEZ WHITAKER and DAVID WITTMAN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>PHARMAVITE LLC,<br><br>        Defendant. | CASE NO.: 2:22-cv-04732<br><br>**JOINT STIPULATION TO VOLUNTARILY DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Maria Whitaker and David Wittman (collectively, "Plaintiffs"), and Defendant Pharmavite LLC (collectively, the "Parties" and individually, a "Party") hereby STIPULATE and AGREE as follows:

1. Plaintiffs' claims are dismissed with prejudice.
2. The claims of the putative class members are dismissed without prejudice.
3. In accordance with the confidential agreement of the Parties, each Party shall bear her, his, or its own attorneys' fees and costs. No Party shall be liable for attorneys' fees or costs to any other Party or the putative class.

DATED: April 8, 2024

By: /s/ Benjamin Heikali
Benjamin Heikali

> I, Benjamin Heikali, am the ECF User whose ID and password are being used to file the Joint Stipulation to Voluntarily Dismiss. In compliance with C.D. Cal. L.R. 5-4.3.4(2). I hereby attest that the concurrence in the filing of the document has been obtained from the other signatory.
> *s/ Benjamin Heikali*
> Benjamin Heikali
> Attorney for Plaintiff

**TREEHOUSE LAW, LLP**
Benjamin Heikali (SBN 307466)
Ruhandy Glezakos (SBN 307473)
Joshua Nassir (SBN 318344)
2121 Avenue of the Stars, Suite 2580 Los Angeles, CA 90067
Telephone: (310) 751-5948
bheikali@treehouselaw.com
rglezakos@treehouselaw.com
jnassir@treehouselaw.com

**CUSTODIO & DUBEY, LLP**
Robert Abiri (SBN 238681)
445 S. Figueroa Street, Suite 2520
Los Angeles, CA 90071
Telephone: (213) 593-9095
Facsimile: (213) 785-2899
abiri@cd-lawyers.com

*Attorneys for Plaintiffs and the Putative Classes*

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: April 8, 2024 | By: /s/ Juliet A. Markowitz |
| 3 | | Juliet A. Markowitz |
| 4 | | |
| 5 | | **TATRO TEKOSKY SADWICK LLP** |
| 6 | | René P. Tatro, Esq. (SBN 078383) |
| | | Juliet A. Markowitz, Esq. (SBN 164038) |
| 7 | | 7083 Hollywood Blvd., Suite 500 |
| 8 | | Los Angeles, CA 90028 |
| | | Telephone: (213) 225-7171 |
| 9 | | Facsimile: (213) 225-7151 |
| 10 | | rtatro@ttsmlaw.com |
| | | jmarkowitz@ttsmlaw.com |
| 11 | | Attorneys for Defendant |
| 12 | | Pharmavite LLC |